# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0468.  REGINALD L. MCRAE v. THE STATE.**

Reginald McRae pled guilty to possession of cocaine, and his judgment of conviction was entered in November 2010.  In April 2017, he filed a motion to reorder a mental health evaluation, which the trial court denied on May 16, 2017. McRae filed a notice of appeal on July 24, 2017.[1]  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  McRae's notice of appeal is untimely, as it was filed 69 days after entry of the trial court's order.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/25/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1]  McRae's notice of appeal is dated May 30, 2017, but was not filed in the trial court until July 24, 2017.